349

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise are the same in all material respects as those the subject of *E. C. Carter & Son, Inc.* v. *United States* (38 Cust. Ct. 368, C.D. 1889), the items entered, or withdrawn from warehouse, on and after June 15, 1936, were held dutiable at 50 percent under paragraph 1529(a), as modified by T.D. 48316; those entered, or withdrawn from warehouse, on and after January 1, 1948, were held dutiable at 35 percent under said paragraph, as modified by T.D. 51802; and those entered, or withdrawn from warehouse, on and after June 6, 1951, were held dutiable at 25 percent under said paragraph, as modified by the Torquay Protocol to the General Agreement on Tariffs and Trade (T.D. 52739).

No. 62962.—Novik & Co., Inc. *v.* United States, protest 309244–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of veils or veilings similar in all material respects to those the subject of *Elvic Import Corp.* v. *United States* (38 Cust. Ct. 13, C.D. 1837), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, APRIL 10, 1959

No. 62963.—Jacob Elishewitz & Sons Co., Inc., et al. *v.* United States, protests 58/14490, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of straw hats similar in all material respects to those the subject of *Pollak Industrial Corp. et al.* v. *United States* (40 Cust. Ct. 251, C.D. 1991), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, APRIL 13, 1959

No. 62964.—Manca, Inc. *v.* United States, protest 58/7410 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of boxes similar in all material respects to those the subject of Abstract 59557, the claim of the plaintiff was sustained.

**No. 62965.**—Manca, Inc. *v.* United States, protest 58/11359 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of boxes similar in all material respects to those the subject of Abstract 59557, the claim of the plaintiff was sustained.

**No. 62966.**—Manca, Inc. *v.* United States, protest 58/17456 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of boxes similar in all material respects to those the subject of Abstract 59557, the claim of the plaintiff was sustained.

**No. 62967.**—Design International Corp. *v.* United States, protest 58/9098 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the items marked "A" consist of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C.C.P.A. 39, C.A.D. 669), the claim at 19 percent under the provision in paragraph 412, as modified, *supra*, for "Furniture, * * * Chairs," was sustained. The items marked "B," stipulated to consist of furniture the same as that in C.A.D. 669, *supra*, were held dutiable at 11½ percent under the provision in said paragraph 412, as modified, *supra*, for other furniture.

**No. 62968.**—Design International Corp. and J. G. Furniture Co., Inc. *v.* United States, protests 58/14664 and 58/14737 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of chairs similar in all material respects to those the sub-